IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carla Arias,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AAA Cab Service Incorporated,<br><br>　　　　　　Defendant. | No. CV-14-1031-PHX-DKD<br><br><br>**ORDER** |

　　This Court having considered the parties' Stipulation for Dismissal With Prejudice (Doc. 15), and good cause appearing,

　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** dismissing this matter with prejudice.

　　**IT IF FURTHER ORDERED** that Plaintiff and Defendant AAA Cab Service, Inc. will each bear their own costs and fees incurred herein.

　　Dated this 11th day of September, 2014.

_____
David K. Duncan
United States Magistrate Judge